# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2014

### NO. 03-14-00226-CV

**Steven C. Kahle, Appellant**

**v.**

**Red Cheetah, Inc.; Red Cheetah Software, LP; and Andrew Morgan, Appellees**

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on January 14, 2014. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.